IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ARLENE A. SMITH SCOTT　　　　　*
　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　*　　Civil No. – JFM-16-2229
　　　　　　　　　　　　　　　　*
GEORGE LIEBMANN, ET AL.　　　　*
　　　　　　　　　　　　　　******

MEMORANDUM

Plaintiff alleges various causes of action against the Chapter 7 Trustee and his attorney.

All of the claims asserted by plaintiff are barred by the doctrine of absolute immunity.

Accordingly, the complaint is dismissed with prejudice.


Date:　September 25, 2017　　　　　/s/_____
　　　　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　　　　United States District Judge

2017 SEP 25 PM 3:43